1  PETER B. GELBLUM (State Bar No. 102695)
   TRACY L. CAHILL (State Bar No. 162831)
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100
   Email: tlc@msk.com
5
   Attorneys for Defendant
6  EDWARD D. JONES & CO., L.P.

7  JAMES F. CLAPP (State Bar No. 145814)
   J. KIRK DONNELLY (State Bar No. 179401)
8  MARITA MURPHY LAUINGER (State Bar No. 199242)
   DOSTART CLAPP & COVENEY, LLP
9  4370 La Jolla Village Drive, Suite 970
   San Diego, California 92122
10 Telephone: (858) 623-4200
   Facsimile: (858) 623-4299
11 Email: jclapp@sdlaw.com

12 Attorneys for Plaintiff
   RANDALL THILL
13

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18 | RANDALL THILL, individually and on behalf of all others similarly situated, | CASE NO. C 05 4893 JCS
19 |                                                                              | **STIPULATION RE TIME TO RESPOND TO COMPLAINT**
   |              Plaintiff,                                                      |
20 |                                                                              |
   |      v.                                                                      |
21 |                                                                              |
   | EDWARD D. JONES & CO., L.P., a limited                                       |
22 | partnership and DOES 1 through 50, inclusive,                                | **BY FAX**
23 |              Defendants.                                                     |

24

25
            On November 29, 2005, defendant, Edward D. Jones & Co., L.P. ("Defendant")
26
   removed this case to this court from the Alameda County Superior Court. Defendant has
27

28
   ───────────────────────────────────────────────────────────
            STIPULATION RE TIME TO RESPOND TO COMPLAINT
                                         CASE NO. C 05 4893 JCS

1 | requested, and Plaintiff Randall Thill has agreed to, an extension of time for Defendant to respond
2 | to the Complaint.
3 |     Now, therefore, the parties hereto, by their undersigned counsel of record, stipulate
4 | as follows:
5 |     Defendant shall have 45 additional days to respond to the Complaint such that
6 | Defendant's response shall be due on January 20, 2006.
7 |     IT IS SO STIPULATED.
8 | DATED: December ___, 2005

PETER B. GELBLUM
TRACY L. CAHILL
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Tracy L. Cahill
Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

DATED: December ___, 2005

JAMES F. CLAPP
MARITA MURPHY LAUINGER
DOSTART CLAPP & COVENEY, LLP

By: _____
James F. Clapp
Attorneys for Plaintiff
RANDALL THILL

IT IS SO ORDERED

_____
Joseph C. Spero, Magistrate Judge
12/1/05
Date

2
STIPULATION RE TIME TO RESPOND TO COMPLAINT
CASE NO. C 05 4893 (JCS)