FILED
2006 JAN -3 PM 2:16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RANDALL THILL, individually and on behalf of all others similarly situated,
Plaintiff(s),

v.

EDWARD D. JONES & CO., L.P., a limited partnership, et al.,
Defendant(s).

CASE NO. C 05 4893 JCS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David M. Harris_____, an active member in good standing of the bar of Missouri_____, whose business address and telephone number is 10 S. Broadway, Suite 2000, St. Louis, MO 63102; (314) 241-9090_____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Edward D. Jones & Co., L.P._____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/3/06

_____
Joseph C. Spero
United States Magistrate Judge