| | |
|---|---|
| 1 | DAVID M. HARRIS (*Pro Hac Vice*) |
| | DENNIS G. COLLINS (*Pro Hac Vice*) |
| 2 | WILLIAM M. LAWSON (*Pro Hac Vice*) |
| | GREENSFELDER HEMKER & GALE PC |
| 3 | 10 South Broadway |
| | Suite 2000 |
| 4 | St. Louis, Missouri 63102-1747 |
| | Telephone: (314) 241-9090 |
| 5 | Facsimile: (314) 241-8624 |
| | Email: dmh@greensfelder.com |
| 6 | Email: dgc@greensfelder.com |
| | Email: wml@greensfelder.com |
| 7 | |
| | PETER B. GELBLUM (State Bar No. 102695) |
| 8 | TRACY L. CAHILL (State Bar No. 162831) |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 9 | 11377 West Olympic Boulevard |
| | Los Angeles, California 90064-1683 |
| 10 | Telephone: (310) 312-2000 |
| | Facsimile: (310) 312-3100 |
| 11 | Email: pbg@msk.com |
| | Email: tlc@msk.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | EDWARD D. JONES & CO., L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated, | CASE NO. C 05 4893 JCS |
| Plaintiff, | **STIPULATION RE ADDITIONAL TIME TO RESPOND TO COMPLAINT;** |
| v. | [~~PROPOSED~~] **ORDER** |
| EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive, | |
| Defendants. | |

On November 29, 2005, defendant, Edward D. Jones & Co., L.P. ("Defendant") removed this case to this Court from the Alameda County Superior Court. The parties previously stipulated to an extension of time for Defendant to respond to the Complaint, which is currently

---

STIPULATION RE ADDITIONAL TIME TO RESPOND TO COMPLAINT
CASE NO. C 05 4893 JCS

Mitchell Silberberg & Knupp LLP

0873845.2

1  due on January 20, 2006. Defendant has requested, and Plaintiff Randall Thill has agreed to, a
2  second extension of time for Defendant to respond to the Complaint of 21 days so that the new
3  response date will be on or before February 10, 2006. Defendant seeks this extension to gather
4  sufficient information in order to respond to the Complaint.
5      Now, therefore, the parties hereto, by their undersigned counsel of record, stipulate
6  as follows:
7      Defendant shall have 21 additional days to respond to the Complaint such that
8  Defendant's response shall be due on February 10, 2006.
9      IT IS SO STIPULATED.
10 DATED: January 12, 2006    DAVID M. HARRIS
                               DENNIS G. COLLINS
11                             WILLIAM M. LAWSON
                               GREENSFELDER HEMKER & GALE PC
12
                               PETER B. GELBLUM
13                             TRACY L. CAHILL
                               MITCHELL SILBERBERG & KNUPP LLP
14
15
                               By: _____
16                                  Tracy L. Cahill
                                    Attorneys for Defendant
17                                  EDWARD D. JONES & CO., L.P.
18
   DATED: January 12, 2006    JAMES F. CLAPP
19                             MARITA MURPHY LAUINGER
                               DOSTART CLAPP GORDON & COVENEY, LLP
20
21
22                             By: _____
                                    James F. Clapp
23                                  Attorneys for Plaintiff
                                    RANDALL THILL
24
25
26
27
28

2
STIPULATION RE ADDITIONAL TIME TO RESPOND TO COMPLAINT
CASE NO. C 05 4893 (JCS)

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, Defendant's response to the Complaint is due on February 10, 2006. IT IS SO ORDERED.

DATED: January 13, 2006

_____
United States Magistrate Judge James Spero