**FILED**

FEB - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated, Plaintiff(s), <br><br> v. <br><br> EDWARD D. JONES & CO., L.P., a limited partnership, et al., <br><br> Defendant(s). | CASE NO. C 05 4893 JCS <br><br> ~~(Proposed)~~ <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Amy L. Blaisdell , an active member in good standing of the bar of Missouri , whose business address and telephone number is 10 S. Broadway, Suite 2000, St. Louis, MO 63102; (314) 241-9090 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Edward D. Jones & Co., L.P. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/9/06

Joseph C. Spero
United States Magistrate Judge