DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
WILLIAM M. LAWSON (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER HEMKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, Missouri 63102-1747
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
Email: dmh@greensfelder.com
Email: dgc@greensfelder.com
Email: wml@greensfelder.com
Email: apb@greensfelder.com

PETER B. GELBLUM (102695)
TRACY L. CAHILL (162831)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Email: pbg@msk.com
Email: tlc@msk.com

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

Mitchell Silberberg & Knupp LLP

868945v2

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  **Private Process:**
5  X   Private mediation before a mediator to be selected by the parties.  The mediation to
6  be conducted by September 8, 2006.  The parties are in the process of discussing potential
7  mediators and intend to have a mediator selected by April 10, 2006.

DATED: March 10, 2006

JAMES F. CLAPP
J. KIRK DONNELLY
MARITA MURPHY LAUINGER
DOSTART CLAPP & COVENEY, LLP

MARK R. THIERMAN
THIERMAN LAW FIRM, P.C.

By: /s/ Marita Lauinger, for
James F. Clapp
Attorneys for Plaintiff
Randall Thill

DATED: March 10, 2006

DAVID M. HARRIS
DENNIS G. COLLINS
WILLIAM M. LAWSON
AMY L. BLAISDELL
GREENSFELDER HEMKER & GALE PC

PETER B. GELBLUM
TRACY L. CAHILL
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Dennis G. Collins
Dennis G. Collins
Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT the parties shall participate in a private mediation to be conducted on or before ~~September 8, 2006~~ JCS. The parties shall select a mediator on or before ~~a date to be set by the Court at the initial case management conference.~~ April 10, 2006 *

IT IS SO ORDERED.

DATED: March 14, 2006

JOSEPH C. SPERO
United States Magistrate Judge

---

Mitchell Silberberg & Knupp LLP

3
STIPULATION SELECTING ADR PROCESS
CASE NO. C 05 4893 (JCS)

PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On March 10, 2006, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the interested parties in this action addressed to the addressee as follows:

SEE ATTACHED SERVICE LIST

☐ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ (BY OVERNIGHT MAIL) and placing a true copy thereof in a sealed Overnite Express envelope and personally placing such envelope with postage fully prepaid for deposit in an Overnite Express mailbox for next day delivery, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of overnight mail with this Service; and that the correspondence shall be deposited in an official Overnite Express mailbox this same day in the ordinary course of business.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the above named addressee(s).

☐ (BY FACSIMILE*)* and causing a true copy thereof to be sent via facsimile to the interested parties listed above.

☒ (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on March 10, 2006, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

TERI L. ZAAYER

SERVICE LIST

Peter B. Gelblum, Esq.
Tracy L. Cahill, Esq.
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd
Los Angeles, CA 90064-1683
Email: pbg@msk.com
        tlc@msk.com

David M. Harris, Esq.
Dennis G. Collins, Esq.
William M. Lawson, Esq.
Amy L. Blaisdell, Esq.
GREENSFELDER HEMKER & GALE PC
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Email: dmh@greensfelder.com
        dgc@greensfelder.com
        wml@greensfelder.com
        apb@greensfelder.com

Mark Thierman, Esq.
Thierman Law Firm
7287 Lakeside Dr.
Reno, Nevada 89511-7652
Email: laborlawyer@pacbell.net