DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
TIMOTHY M. HUSKEY (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER HEMKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, Missouri 63102-1747
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
Email: dmh@greensfelder.com
Email: dgc@greensfelder.com
Email: tmh@greensfelder.com
Email: apb@greensfelder.com

PETER B. GELBLUM (102695)
TRACY L. CAHILL (162831)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Email: pbg@msk.com
Email: tlc@msk.com

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING EDWARD JONES' MOTION TO SHORTEN TIME ON HEARING FOR MOTION TO STAY PRETRIAL PROCEEDINGS AND TO CONTINUE THE AUGUST 22, 2006 MEDIATION DATE**<br><br>Judge: Hon. Joseph C. Spero |

---

1  The Court has read the motion of Edward D. Jones & Co., L.P. ("Edward Jones") seeking
2  an Order to shorten time on hearing for motion to stay pretrial proceedings and to continue the
3  August 22, 2006 mediation date.
4  Having read this motion and the declaration and good cause appearing,
5  IT IS ORDERED that Edward Jones' motion is granted. The hearing time shall be
6  shortened such that the Court will hold a hearing on the Motion to Stay on August 18, 2006 at
7  1:30 p.m.
8  IT IS THEREFORE SO ORDERED.
9  Dated: August 2, 2006

_____
THE HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

903127

---

2

[PROPOSED] ORDER GRANTING EDWARD JONES' MOTION TO SHORTEN
TIME ON HEARING FOR MOTION TO STAY PRETRIAL PROCEEDINGS AND TO
CONTINUE THE AUGUST 22, 2006 MEDIATION DATE
CASE NO. C 05 4893 JCS