DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
WILLIAM M. LAWSON (*Pro Hac Vice*)
TIMOTHY M. HUSKEY (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER MENKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, Missouri 63102-1747
Telephone:    (314) 241-9090
FACSIMILE: (314) 241-8624
Email: dmh@greensfelder.com
Email: dgc@greensfelder.com
Email: wml@greensfelder.com
Email: tmh@greensfelder.com
Email: apb@greensfelder.com

SAMUEL A. KEESAL, JR., CASB NO. 38014
LISA M. BERTAIN, CASB NO. 124646
BENJAMIN W. WHITE, CASB NO. 221532
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Email: skip.keesal@kyl.com
Email: lisa.bertain@kyl.com
Email: benjamin.white@kyl.com

Attorneys for Defendant
EDWARD D.  JONES & CO., L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>            vs.<br><br>EDWARD D.  JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>                     Defendants. | Case No. C 05 4893 JCS<br><br>**[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS** |

SF444671

[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS

1    Pursuant to the parties' executed Substitution of Attorney, Defendant EDWARD

2  D. JONES & CO., L.P.'s co-counsel of record in the above-captioned matter is now

3  Samuel A. Keesal, Lisa M. Bertain and Benjamin W. White of Keesal, Young & Logan in

4  place and stead of Peter B. Gelbum, Tracy L. Cahill, and Robyn Michele Cohen of

5  Mitchell Silberberg & Knupp LLP.

6

7    IT IS SO ORDERED

8

9  DATED: August 11 , 2006



    Magistrate Judge Joseph C. Spero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF444671

[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS