DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
WILLIAM M. LAWSON (*Pro Hac Vice*)
TIMOTHY M. HUSKEY (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER MENKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, Missouri 63102-1747
Telephone:     (314) 241-9090
FACSIMILE: (314) 241-8624
Email: dmh@greensfelder.com
Email: dgc@greensfelder.com
Email: wml@greensfelder.com
Email: tmh@greensfelder.com
Email: apb@greensfelder.com

SAMUEL A. KEESAL, JR., CASB NO. 38014
LISA M. BERTAIN, CASB NO. 124646
BENJAMIN W. WHITE, CASB NO. 221532
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Email: skip.keesal@kyl.com
Email: lisa.bertain@kyl.com
Email: benjamin.white@kyl.com

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>**NOTICE OF WITHDRAWAL OF WILLIAM M. LAWSON AS COUNSEL FOR DEFENDANT EDWARD D. JONES & CO., L.P.** |

1  COMES NOW attorney William M. Lawson and requests that he be withdrawn as counsel
2  to Defendant Edward D. Jones & Co., L.P. in this matter and his name removed from the
3  electronic filing notification list for this matter.  In support of his motion, attorney Lawson states:
4    1. As of June 8, 2006, William M. Lawson left the firm of Greensfelder, Hemker &
5  Gale, P.C., and therefore should no longer be an attorney of record for Defendant Edward D. Jones
6  & Co., L.P., in this matter.
7    2. David M. Harris, Dennis G. Collins, Timothy Huskey and Amy L. Blaisdell of
8  Greensfelder, Hemker & Gale, P.C. continue to represent Defendant Edward D. Jones & Co., L.P.
9  in this matter.
10  WHEREFORE, William M. Lawson respectfully requests that he be withdrawn as counsel
11  of record and his named removed from the court's electronic filing notification list in this matter.

DATED: August 9, 2006

DAVID M. HARRIS
DENNIS G. COLLINS
WILLIAM M. LAWSON
TIMOTHY M. HUSKEY
AMY L. BLAISDELL
GREENSFELDER HEMKER & GALE P.C.

SAMUEL A. KEESAL, JR.
LISA M. BERTAIN
BENJAMIN W. WHITE
KEESAL, YOUNG & LOGAN

By: _____/s/ William M. Lawson_____
William M. Lawson
Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

Dated: August 14, 2006

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2

SF444710

NOTICE OF WITHDRAWAL WILLIAM M. LAWSON AS COUNSEL FOR DEFENDANT EDWARD D. JONES
& CO., L.P. - CASE NO. C 05 4893 JCS

<h1 style="text-align:center">PROOF OF SERVICE</h1>

I, the undersigned, hereby declare that I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My employer and business address is Keesal, Young & Logan, Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On August 14, 2006, following ordinary business practices, I served the following

**NOTICE OF WITHDRAWAL OF WILLIAM M. LAWSON AS COUNSEL FOR DEFENDANT EDWARD D. JONES & CO., L.P.**

on the parties involved addressed as follows. **All other parties were served via the Court's e-filing system.**

**J. Kirk Donnelly, Esq.**
**Marita Lauinger, Esq.**
**Dostart Clapp Gordon & Coveney LLP**
**4370 La Jolla Village Drive, Suite 970**
**San Diego, CA 92122**

[ ]   **BY OVERNIGHT DELIVERY**: (i.e., Federal Express, DHL or other similar service) I am readily familiar with my employer's practice for collection and processing of documents for overnight delivery and that practice is that the documents are either placed into overnight service's drop-off box before the last pick-up time indicated on the drop-off box, or arrangements made to pick-up at our office or to deliver to the office of the overnight service before the last pick-up time. The appropriate postage and overnight delivery charges are then billed to us at a later time. On this date, I served the above interested parties following my employer's ordinary business practice.

[X]   **BY U.S. MAIL**: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve with postage fully prepaid the same day as the collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practice.

[ ]   **BY FACSIMILE**: By use of facsimile machine number (415) 362-8535, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as completed and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2006, at San Francisco, California.

K'Ann M. Klein

3

SF444710

NOTICE OF WITHDRAWAL WILLIAM M. LAWSON AS COUNSEL FOR DEFENDANT EDWARD D. JONES & CO., L.P. - CASE NO. C 05 4893 JCS