UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THILL,<br><br>        Plaintiff(s),<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>        Defendant(s). | Case No. C05-4893 JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART DEFENDANT'S MOTION TO STAY PRETRIAL PROCEEDINGS AND TO CONTINUE THE AUGUST 22, 2006 MEDIATION DATE [Docket No. 51]** |

On July 31, 2006, Defendant's filed a Motion to Stay Pretrial Proceedings and to Continue the August 22, 2006 Mediation Date (the "Motion").

On August 18, 2006, the Motion came on for hearing. Mark Thierman, counsel for Plaintiff, appeared. David M. Harris and Lisa M. Bertain, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED to the extent that the August 22, 2006 mediation date is vacated. The remainder of the Motion is DENIED. The parties shall meet-and-confer to submit a joint proposed coordination Order by **September 5, 2006.**

IT IS SO ORDERED.

Dated: August 21, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge