DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
TIMOTHY M. HUSKEY (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri 63102-1747
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
Email: dmh@greensfelder.com
Email: dgc@greensfelder.com
Email: apb@greensfelder.com

SAMUEL A. KEESAL, JR., CASB NO. 38014
LISA M. BERTAIN, CASB NO. 124646
BENJAMIN W. WHITE, CASB NO. 221532
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
Email: skip.keesal@kyl.com
Email: lisa.bertain@kyl.com
Email: benjamin.white@kyl.com

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**<br><br>Hearing Date: September 8, 2006<br><br>Time: 9:30 a.m.<br><br>Judge: Hon. Joseph C. Spero |

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE SUPPLEMENT TO ITS REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER          CASE NO. C 05 4893 JCS

Defendant Edward D. Jones & Co., L.P.'s (Defendant's) Motion for Leave to File Supplement to Its Reply to Plaintiff's Opposition to Defendant's Motion to Transfer ("Motion for Leave") is GRANTED. Defendant is granted leave of Court to file the Exhibits attached to its Motion for Leave and marked Exhibits A, B, and C.

IT IS SO ORDERED.

Dated: Sept. 5, 2006

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

911087v1

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO FILE SUPPLEMENT TO ITS REPLY
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER    CASE NO. C 05 4893 JCS