

**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building          12 Wolf Creek Drive
10 South Broadway                Suite 100
St. Louis, MO 63102              Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

TIMOTHY M. HUSKEY
DIRECT DIAL:  (314) 516-2663
DIRECT FAX:   (314) 345-5499
E-MAIL: TMH@greensfelder.com

January 17, 2007

Hon. Joseph C. Spero
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, California  94102

Re::    **Thill v. Edward D. Jones & Co., L.P. ,**
        **N.D. California, Case No. C 05 04893 JCS**

Dear Judge Spero:

This firm represents Defendant Edward D. Jones & Co., L.P. in the above-referenced matter.  The case is set for a Further Case Management Conference on Friday, January 19, 2007.

I am writing pursuant to Local Rule 16-10 and at Karen Hom's suggestion to request permission to appear by telephone at the Case Management Conference in order to avoid the additional time and expense of travel from St. Louis.

Should the Court grant this request, our local counsel, Lisa Bertain of Keesal, Young & Logan, still intends to appear in person while I am on the telephone.  I will be available beginning at 1:30 p.m., Pacific Time, at my office number:  **(314) 516-2663**.

Thank you very much for your consideration.

Sincerely,

GREENSFELDER, HEMKER & GALE, P.C.

By   Timothy M. Huskey

TMH/tmf

cc:    James F. Clapp, Esq., Counsel for Plaintiffs (via electronic filing)
       Mark R. Thierman, Esq., (via electronic filing)

939580

Dated:  Jan. 17, 2007

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA