| | |
|---|---|
| 1 | DAVID M. HARRIS (*Pro Hac Vice*) |
| 2 | DENNIS G. COLLINS (*Pro Hac Vice*)<br>TIMOTHY M. HUSKEY (*Pro Hac Vice*) |
| 3 | AMY L. BLAISDELL (*Pro Hac Vice*)<br>GREENSFELDER HEMKER & GALE, P.C. |
| 4 | 10 South Broadway<br>Suite 2000 |
| 5 | St. Louis, Missouri 63102-1747<br>Telephone: (314) 241-9090 |
| 6 | Facsimile: (314) 241-8624<br>Email: dmh@greensfelder.com |
| 7 | Email: dgc@greensfelder.com<br>Email: tmh@greensfelder.com |
| 8 | Email: apb@greensfelder.com |
| 9 | SAMUEL A. KEESAL, JR., CASB NO. 38014 |
| 10 | LISA M. BERTAIN, CASB NO. 124646<br>BENJAMIN W. WHITE, CASB NO. 221532 |
| 11 | KEESAL, YOUNG & LOGAN<br>A Professional Corporation |
| 12 | Four Embarcadero Center, Suite 1500<br>San Francisco, California 94111 |
| 13 | Telephone: (415) 398-6000<br>Facsimile: (415) 981-0136 |
| 14 | Email: skip.keesal@kyl.com<br>Email: lisa.bertain@kyl.com |
| 15 | Email: benjamin.white@kyl.com |
| 16 | Attorneys for Defendant<br>EDWARD D. JONES & CO., L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. Joseph C. Spero |

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE — CASE NO. C 05 4893 JCS

COME NOW Plaintiff, Randall Thill, and Defendant, Edward D. Jones & Co., L.P. ("Edward Jones"), by and through their undersigned attorneys, and jointly request to continue the Case Management Conference presently set for March 16, 2007 to March 30, 2007. In support of this Request, the Parties state as follows:

1. Plaintiff and Defendant participated in a mediation with Hunter Hughes on March 5-6, 2006. The parties have agreed to continue settlement discussions through the end of the month.

2. The parties propose that the Case Management Conference be moved to March 30, 2007 to allow the parties to fully concentrate on settlement discussions.

Dated: March 9, 2007   DOSTART CLAPP GORDON & COVENEY, LLP

_____ /S/ _____
JAMES F. CLAPP
Attorneys for Plaintiff

Dated: March 9, 2007   GREENSFELDER HEMKER & GALE, P.C.

_____ /S/ _____
LISA M. BERTAIN
Attorneys for Defendant

**IT IS SO ORDERED:**

DATED: _____March 12_____, 2007

HON. JOSEPH C. SPERO

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be send to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:____/s/ Benjamin White_____

---

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE        CASE NO. C 05 4893 JCS