| | |
|---|---|
| 1 | DAVID M. HARRIS (*Pro Hac Vice*) |
| 2 | DENNIS G. COLLINS (*Pro Hac Vice*)<br>TIMOTHY M. HUSKEY (*Pro Hac Vice*) |
| 3 | AMY L. BLAISDELL (*Pro Hac Vice*)<br>GREENSFELDER HEMKER & GALE, P.C. |
| 4 | 10 South Broadway<br>Suite 2000 |
| 5 | St. Louis, Missouri 63102-1747<br>Telephone: (314) 241-9090 |
| 6 | Facsimile: (314) 241-8624<br>Email: dmh@greensfelder.com |
| 7 | Email: dgc@greensfelder.com<br>Email: tmh@greensfelder.com |
| 8 | Email: apb@greensfelder.com |
| 9 | SAMUEL A. KEESAL, JR., CASB NO. 38014 |
| 10 | LISA M. BERTAIN, CASB NO. 124646<br>BENJAMIN W. WHITE, CASB NO. 221532 |
| 11 | KEESAL, YOUNG & LOGAN<br>A Professional Corporation |
| 12 | Four Embarcadero Center, Suite 1500<br>San Francisco, California 94111 |
| 13 | Telephone: (415) 398-6000<br>Facsimile: (415) 981-0136 |
| 14 | Email: skip.keesal@kyl.com<br>Email: lisa.bertain@kyl.com |
| 15 | Email: benjamin.white@kyl.com |
| 16 | Attorneys for Defendant<br>EDWARD D. JONES & CO., L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Hon. Joseph C. Spero<br>Date: March 30, 2007<br>Time: 1:30 p.m. |

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE  CASE NO. C 05 4893 JCS

COME NOW Plaintiff, Randall Thill, and Defendant, Edward D. Jones & Co., L.P. ("Edward Jones"), by and through their undersigned attorneys, and jointly request to continue the Case Management Conference presently set for March 30, 2007 to April 30, 2007. In support of this request, the Parties state as follows:

1. The Parties participated in a meaningful two-day mediation session with Hunter Hughes on March 5 and 6, 2007.

2. Since that time, the Parties have been engaging in ongoing settlement negotiations, including the exchange of counter-proposals this week through Mr. Hughes. In addition to negotiating the monetary amount of the settlement, there are numerous attendant details that must be resolved prior to resolution of both this case and related litigation, pending in the United States District Court, for the Western District of Pennsylvania. Such details, which the parties are in the process of working through, include such items as the settlement class definitions, scope of the release, varying statutes of limitations, allocation of the settlement amount, and settlement procedure, to identify a few. Moreover, the Parties are considering scheduling a second formal mediation to work through these additional terms and details.

3. In order to allow sufficient time for the parties to consider and discuss all details attendant to settlement, the Parties jointly request that the Court continue the scheduling conference, presently set for March 30, 2007, for an additional thirty (30) days, up to and including **April 30, 2007** to allow the Parties to fully focus on resolving this matter so that they may provide a meaningful report to this Court at the scheduling conference.

Dated: March 23, 2007    DOSTART CLAPP GORDON & COVENEY, LLP

_____ /S/ _____
JAMES F. CLAPP
Attorneys for Plaintiff

1
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE       CASE NO. C 05 4893 JCS

Dated: March 23, 2007          GREENSFELDER HEMKER & GALE, P.C.

_____ /S/ _____
AMY L. BLAISDELL
Attorneys for Defendant

**IT IS SO ORDERED:** that the case management conference is continued to 4/27/7 at 1:30 p.m.

DATED: _____3/23\_\_\_, 2007      _____
HON. JOSEPH C. SPERO

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be send to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       By: \_\_\_/s/ Amy L. Blaisdell_____

955523v1