

### GREENSFELDER
ATTORNEYS AT LAW

962248

Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

12 Wolf Creek Drive
Suite 100
Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

TIMOTHY M. HUSKEY
DIRECT DIAL: (314) 516-2663
DIRECT FAX: (314) 345-5499
E-MAIL: TMH@greensfelder.com

April 23, 2007

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

      Re:   **Thill v. Edward D. Jones & Co., L.P.,**
               **N.D. California, Case No. C 05 04893 JCS**

Dear Judge Spero:

This firm represents Defendant Edward D. Jones & Co., L.P. in the above-referenced matter. The case is set for a Further Case Management Conference on Friday, April 27, 2007.

I am writing pursuant to Local Rule 16-10 and the Court's Order, to request permission for myself and David Harris from our office to appear by telephone at the Case Management Conference, in order to avoid the additional time and expense of travel from St. Louis. Counsel for Plaintiffs has indicated that Plaintiffs have no objection to this request.

Should the Court grant this request, our local counsel, Lisa Bertain of Keesal, Young & Logan, still intends to appear in person while we are on the telephone. We will be available beginning at 1:30 p.m., Pacific Time, at my office number: **(314) 516-2663**.

Thank you very much for your consideration.

                              Sincerely,

                              GREENSFELDER, HEMKER & GALE, P.C.

                        By                                 

TMH/tmf                               Timothy M. Huskey

cc:    James F. Clapp, Esq., Counsel for Plaintiffs (via electronic filing)
       Mark R. Thierman, Esq. (via electronic filing)

Dated: April 23, 2007

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA