DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
TIMOTHY M. HUSKEY (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER HEMKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, Missouri 63102-1747
Telephone: (314) 241-9090
Facsimile: (314) 241-8624
Email: dmh@greensfelder.com
Email: dgc@greensfelder.com
Email: tmh@greensfelder.com
Email: apb@greensfelder.com

SAMUEL A. KEESAL, JR., CASB NO. 38014
LISA M. BERTAIN, CASB NO. 124646
BENJAMIN W. WHITE, CASB NO. 221532
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
Email: skip.keesal@kyl.com
Email: lisa.bertain@kyl.com
Email: benjamin.white@kyl.com

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 4893 JCS<br><br>**UNOPPOSED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Hon. Joseph C. Spero<br>Date: June 1, 2007<br>Time: 1:30 p.m. |

UNOPPOSED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE    CASE NO. C 05 4893 JCS

|   |   |
|---|---|
| 1 | COMES NOW Defendant, Edward D. Jones & Co., L.P. ("Edward Jones"), by and through its undersigned attorneys, and requests to continue the Case Management Conference presently set for June 1, 2007 to June 15, 2007. In support of this request, Defendant states as follows: |

1. Counsel for Defendant is not available to attend the scheduling conference presently set for June 1, 2007, due to mediation in another case on June 1, 2007.

2. As such, Defendant respectfully requests that the Case Management Conference be continued to June 15, 2007 at 1:30 p.m.

3. Plaintiff does not oppose this request.

4. This request is made in good faith and not for the purpose of hindrance or undue delay.

Dated: May 25, 2007                    KEESAL, YOUNG & LOGAN

_____ /S/ _____
LISA M. BERTAIN, CASB NO. 124646
Attorneys for Defendant

**IT IS SO ORDERED:**

DATED: _May 29_____, 2007        _____
                                     HON. JOSEPH C. SPERO
                                     Judge Joseph C. Spero

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be send to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ Lisa Bertain

970713v1