

Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2000
St. Louis, MO 63102

12 Wolf Creek Drive
Suite 100
Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

August 31, 2007

TIMOTHY M. HUSKEY
DIRECT DIAL: (314) 516-2663
DIRECT FAX: (314) 345-5499
E-MAIL: TMH@greensfelder.com

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

Re: **Thill v. Edward D. Jones & Co., L.P.**,
N.D. California, Case No. C-05-04893 JCS

Dear Judge Spero:

This firm represents Defendant Edward D. Jones & Co., L.P. in the above-referenced matter. The case is set for a Further Case Management Conference on Friday, September 7, 2007.

I am writing pursuant to Local Rule 16-10 and the Court's Order, to request permission for myself and David Harris from our office to appear by telephone at the Further Case Management Conference, in order to avoid the additional time and expense of travel from St. Louis.

Should the Court grant this request, Defendant's local counsel, Lisa Bertain of Keesal, Young & Logan, still intends to appear in person while we are on the telephone. We will be available beginning at 1:30 p.m., Pacific Time, at the following number: **(314) 516-2663**.

Thank you very much for your consideration.

Dated: Sept. 4, 2007

IT IS SO ORDERED
Judge Joseph C. Spero

Sincerely,

GREENSFELDER, HEMKER & GALE, P.C.

By
Timothy M. Huskey

TMH/tmf

cc: James F. Clapp, Esq., Counsel for Plaintiffs (via electronic filing)
Mark R. Thierman, Esq., (via electronic filing)

993697