

**DOSTART CLAPP GORDON & COVENEY LLP**

4370 LA JOLLA VILLAGE DRIVE, SUITE 970
SAN DIEGO, CALIFORNIA 92122-1253
TELEPHONE: (858) 623-4200
FAX: (858) 623-4299

**JAMES F. CLAPP**
DIRECT DIAL (858) 623-4220
E-MAIL: JCLAPP@SDLAW.COM

September 5, 2007

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

Re: <u>Thill v. Edward D. Jones & Co., L.P.</u>
Northern District of California Case No. C05 04893 JCS

Dear Judge Spero:

My firm represents Plaintiff Randall Thill in the above referenced matter. This case is set for a Further Case Management Conference on Friday, September 7, 2007.

I am writing pursuant to Local Rule 16-10 to request permission to appear by telephone at the Case Management Conference. J. Kirk Donnelly from my office will appear in person.

I will be available on September 7, 2007 at 1:30 p.m. at the following telephone number: (858) 623-4220.

Thank you very much for your consideration.

Dated: 9/5/7

Sincerely,
DOSTART CLAPP GORDON & COVENEY, LLP

James F. Clapp

IT IS SO ORDERED
Judge Joseph C. Spero

cc: Timothy M. Huskey (via electronic filing)
Lisa Bertain (via electronic filing)