DAVID M. HARRIS (*Pro Hac Vice*)
DENNIS G. COLLINS (*Pro Hac Vice*)
TIMOTHY M. HUSKEY (*Pro Hac Vice*)
AMY L. BLAISDELL (*Pro Hac Vice*)
GREENSFELDER HEMKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, Missouri 63102-1747
Telephone: (314) 241-9090
Facsimile: (314) 241-8624

SAMUEL A. KEESAL, JR., CASB NO. 38014
LISA M. BERTAIN, CASB NO. 124646
BENJAMIN W. WHITE, CASB NO. 221532
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136
Email:  skip.keesal@kyl.com
Email:  lisa.bertain@kyl.com
Email:  benjamin.white@kyl.com

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05 04893 JCS<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

Plaintiff RANDALL THILL, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant EDWARD D. JONES & CO., L.P. ("Edward Jones"), by and through their undersigned attorneys, hereby submit this Joint Status Report regarding the parties' progress towards finalizing the proposed settlement in this matter.

The parties have re-engaged the mediator to assist in the resolution of final settlement issues and have made substantial progress. However, the parties need additional time

JOINT STATUS REPORT AND [PROPOSED] ORDER
CASE NO. C 05 4893 JCS

1  to finalize and review settlement documents. The parties hope to file a joint motion for
2  preliminary approval by Friday, September 28, 2007.
3        The parties have further agreed that, in the unlikely event that they are unable to
4  reach agreement on all outstanding issues such that a joint motion for preliminary approval cannot
5  be filed by September 28, 2007, Edward Jones' response to Plaintiff's Motion to Enforce the
6  Memorandum of Agreement ("Motion to Enforce") shall be due on September 28, 2007 and
7  Plaintiff's Reply in support of the Motion to Enforce shall be due on October 5, 2007, with the
8  hearing on the motion remaining on October 12, 2007 at 9:30 a.m. The parties respectfully
9  request that the Court approve this revised briefing schedule.

10

11  Dated: September 21, 2007         GREENSFELDER HEMKER & GALE, P.C.

12                                                            /S/
                                          DAVID M. HARRIS
13                                            TIMOTHY M. HUSKEY
                                          DENNIS G. COLLINS
14                                            AMY L. BLAISDELL

15                                            SAMUEL A. KEESAL, JR.
                                          LISA M. BERTAIN
16                                            BENJAMIN W. WHITE
                                          KEESAL, YOUNG & LOGAN
17
                                          Attorneys for Defendant
18

19
20  Dated: September 21, 2007         DOSTART CLAPP GORDON & COVENEY, LLP

21                                                            /S/
                                          JAMES F. CLAPP
22                                            Attorneys for Plaintiff

23
24  **IT IS SO ORDERED.**

25  DATED: 9/25/07
26                                            UNITED STATES MAGISTRATE JUDGE

27
28  JOINT STATUS REPORT AND [PROPOSED] ORDER
                                                                                                                              CASE NO. C 05 4893 JCS