
**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2000
St. Louis, MO 63102

12 Wolf Creek Drive
Suite 100
Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

TIMOTHY M. HUSKEY
DIRECT DIAL: (314) 516-2663
DIRECT FAX: (314) 345-5499
E-MAIL: TMH@greensfelder.com

October 5, 2007

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

Re: **Thill v. Edward D. Jones & Co., L.P.**,
N.D. California, Case No. C-05-04893 JCS

Dear Judge Spero:

This firm represents Defendant Edward D. Jones & Co., L.P. in the above-referenced matter. The case is set for a Further Case Management Conference, and hearing on the parties' Joint Motion for Preliminary Approval, which is set for Friday, October 12, 2007.

I am writing pursuant to Local Rule 16-10 and the Court's Order, to request permission for myself and David Harris from our office to appear by telephone at the Further Case Management Conference and hearing on the parties' Motion for Preliminary Approval, in order to avoid the additional time and expense of travel from St. Louis.

Should the Court grant this request, our co-counsel, Lisa Bertain of Keesal, Young & Logan, will appear in person, while we are on the telephone. Ms. Bertain has been intimately involved with the mediation and resolution of this case, as well as the negotiations related to the drafting of the parties' Joint Stipulation of Class Action Settlement and Release, and the pending Joint Motion for Preliminary Approval.

We will be available beginning at 9:30 a.m., Pacific Time, at the following number: **(314) 516-2668**.

Thank you very much for your consideration.

Dated: 10/9/7

IT IS SO ORDERED
Judge Joseph C. Spero

Sincerely,

GREENSFELDER, HEMKER & GALE, P.C.

By Timothy M. Huskey

TMH/tmf

cc: James F. Clapp, Esq., Counsel for Plaintiffs (via electronic filing)
Mark R. Thierman, Esq., (via electronic filing)

**MERITAS**
LAW FIRMS WORLDWIDE

1001405