1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THILL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>EDWARD D. JONES & CO., L.P., a limited partnership and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. C 05 04893 JCS<br><br>**JOINT NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DEFENDANT'S MOTIONS FOR ADMINISTRATIVE RELIEF TO SEAL AND REQUESTS FOR EXPEDITED CONSIDERATION** |

1

2  JAMES F. CLAPP (145814)
   J. KIRK DONNELLY (179401)
3  MARITA MURPHY LAUINGER (199242)
   DOSTART CLAPP GORDON & COVENEY, LLP
4  4370 La Jolla Village Dr., Ste 970
   San Diego, CA 92122
5  Tel. (858) 623-4200
   Fax. (858) 623-4299
6
   MARK R. THIERMAN (72913)
7  THIERMAN LAW FIRM, P.C.
   7287 Lakeside Dr.
8  Reno, NV 89511
   Tel. (775) 284-1500
9  Fax. (775) 708-5027

10 **Attorneys for Plaintiff RANDALL THILL**

11 DAVID M. HARRIS (*Pro Hac Vice*)
   DENNIS G. COLLINS (*Pro Hac Vice*)
12 TIMOTHY M. HUSKEY (*Pro Hac Vice)*
   AMY L. BLAISDELL (*Pro Hac Vice)*
13 GREENSFELDER HEMKER & GALE, P.C.
   10 South Broadway
14 Suite 2000
   St. Louis, Missouri  63102-1747
15 Telephone: (314) 241-9090
   Facsimile: (314) 241-8624
16
   SAMUEL A. KEESAL, JR., CASB NO. 38014
17 LISA M. BERTAIN, CASB NO. 124646
   BENJAMIN W. WHITE, CASB NO. 221532
18 KEESAL, YOUNG & LOGAN
   A Professional Corporation
19 Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
20 Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
21 Email:  skip.keesal@kyl.com
   Email: lisa.bertain@kyl.com
22 Email: benjamin.white@kyl.com

23 **Attorneys for Defendant Edward D. Jones & Co., L.P.**

24

25

26

27 JOINT NOTICE OF WITHDRAWAL OF MOTIONS         2
                                                   CASE NO. C 05 4893 JCS
28

1    Plaintiff Randall Thill ("Plaintiff") and Defendant Edward D. Jones & Co., L.P. ("Defendant") (collectively the "Parties"), by and through their undersigned attorneys, hereby withdraw the following Motions:

   1.    Plaintiff hereby withdraws his Motion to Enforce Settlement Agreement and for Preliminary Approval of Class Action Settlement (Doc. 126) filed on or about August 29, 2007.

   2.    Defendant hereby withdraws its First Motion for Administrative Relief to Seal and Request for Expedited Consideration (Doc. 132) and its Second Motion for Administrative Relief to Seal and Request for Expedited Consideration filed on or about August 30, 2007 (filed in paper form with the Court).

   3.    The Parties also respectfully request that the Court lift the seal on Docs. 126 - 133 as that seal is no longer warranted.

Dated: October 10, 2007              DOSTART CLAPP GORDON & COVENEY, LLP


_____/S/_____
JAMES F. CLAPP

MARK R. THIERMAN
THIERMAN LAW FIRM, P.C.
Attorneys for Plaintiff
Randall Thill


Dated: October 10, 2007              GREENSFELDER HEMKER & GALE, P.C.


_____/S/_____
DAVID M. HARRIS
TIMOTHY M. HUSKEY
DENNIS G. COLLINS
AMY L. BLAISDELL

SAMUEL A. KEESAL, JR.
LISA M. BERTAIN
BENJAMIN W. WHITE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
Edward D. Jones & Co., L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/11/7                       _____
                                     UNITED STATES MAGISTRATE JUDGE
                                     Judge Joseph C. Spero

1002546
JOINT NOTICE OF WITHDRAWAL OF MOTIONS            4
                                                 CASE NO. C 05 4893 JCS