**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THILL,<br><br>    Plaintiff(s),<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>    Defendant(s).<br>_____/ | Case No. C-05-04893 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR JANUARY 18, 2007** |

The Court has been notified that on December 18, 2007, the Federal District Court for the Western District of Pennsylvania issued an order in *Ellis v. Edward D. Jones & Co.*, Case No. 06-0066, regarding the motion for leave to file a second amended complaint and for preliminary approval of the settlement in that case ("the December 18 Order"). In order to address the implications of that order for the Motion for Preliminary Approval of Class Action Settlement that is pending in this case, the Court sets a case management conference for **January 18, 2008** at 1:30 p.m. The parties shall file a joint Case Management Statement by **January 11, 2008** addressing: 1) the significance of the December 18 Order for the settlement in this case; and 2) whether the Court should apply the reasoning set forth in the December 18 Order to the claims asserted in this action. Any party may appear telephonically at the case management conference and shall electronically file a letter one (1) week prior to the hearing with a contact phone number. The Court will initiate the phone contact.

    IT IS SO ORDERED.

Dated: December 20, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge