# GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2000
St. Louis, MO 63102

12 Wolf Creek Drive
Suite 100
Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

January 10, 2008

TIMOTHY M. HUSKEY
DIRECT DIAL: (314) 516-2663
DIRECT FAX: (314) 345-5499
E-MAIL: TMH@greensfelder.com

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California  94102

Re:  **Thill v. Edward D. Jones & Co., L.P.**,
     **N.D. California, Case No. C-05-04893 JCS**

Dear Judge Spero:

This firm represents Defendant Edward D. Jones & Co., L.P. in the above-referenced matter.  The case is set for a Further Case Management Conference on Friday, January 18, 2008. The conference is currently scheduled to begin at 3:00 p.m.

I am writing pursuant to Local Rule 16-10 and the Court's Order of December 20, to request permission for myself and David M. Harris from our office to appear by telephone at the Further Case Management Conference.  This request is made in order to avoid the additional time and expense of travel from St. Louis.

Should the Court grant this request, our co-counsel, Lisa Bertain, of Keesal, Young & Logan, still intends to appear in person while we appear telephonically.  We will be available beginning at 3:00 p.m., Pacific Time, at the following number:  **(314) 516-2668**.

Thank you very much for your consideration.

Sincerely,

GREENSFELDER, HEMKER & GALE, P.C.

By _____
Timothy M. Huskey

TMH/tmf

cc:  James F. Clapp, Esq.
     Mark R. Thierman, Esq.
     *Counsel for Plaintiffs (via elec...*

1022649

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: Jan. 11, 2008

## MERITAS
LAW FIRMS WORLDWIDE