

**DOSTART
CLAPP
GORDON &
COVENEY
LLP**

4370 LA JOLLA VILLAGE DRIVE, SUITE 970
SAN DIEGO, CALIFORNIA 92122-1253
TELEPHONE: (858) 623-4200
FAX: (858) 623-4299

JAMES F. CLAPP
DIRECT DIAL (858) 623-4220
E-MAIL: JCLAPP@SDLAW.COM

January 11, 2008

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

    Re:    <u>Thill v. Edward D. Jones & Co., L.P.</u>
           Northern District of California Case No. C05 04893 JCS

Dear Judge Spero:

    My firm represents Plaintiff Randall Thill in the above referenced matter. This case is set for a Further Case Management Conference on Friday, January 18, 2008.

    I am writing pursuant to Local Rule 16-10 to request permission to appear by telephone at the Case Management Conference. Marita Lauinger from my office will appear in person.

    I will be available on January 18, 2008 at 3:00 p.m. at the following telephone number: (858) 623-4220.

    Thank you very much for your consideration.

Dated: Jan. 14, 2008

Sincerely,
DOSTART CLAPP GORDON & COVENEY, LLP

James F. Clapp

*[Court stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

cc:    Timothy M. Huskey (via electronic filing)
       Lisa Bertain (via electronic filing)