# THIERMAN LAW FIRM, P.C.
CALIFORNIA AND NEVADA LABOR RELATIONS AND EMPLOYMENT LAW
7287 LAKESIDE DRIVE
RENO, NEVADA 89511
(775) 284-1500 OR (877) 99-LABOR
(775) 703-5027 OR (775) 284-1506 FAX
email: laborlawyer@pacbell.net
www.laborlawyer.net

January 21, 2008

Honorable Joseph C. Spero
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:  **Thill v. Edward D. Jones & Co., L.P.**
     N.D. California, Case No. C 05 04893 JCS

Dear Judge Spero:

This firm represents Plaintiff Randall Thill in the above-referenced case. This case is set for a Further Case Management Conference on Friday, January 25, 2008.

I am writing pursuant to Local Rule 16-10 (a) to request permission to appear telephonically at the Case Management Conference.

Should the Court grant this request, I will be available at 1:30 p.m. on Friday, January 25, 2008 at (775) 284-1500.

Very truly yours,

Mark R. Thierman

MRT:jw

Dated: Jan. 22, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]