

**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2000
St. Louis, MO 63102

12 Wolf Creek Drive
Suite 100
Belleville (Swansea), IL 62226

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

June 20, 2008

TIMOTHY M. HUSKEY
DIRECT DIAL: (314) 516-2663
DIRECT FAX:  (314) 345-5499
E-MAIL: TMH@greensfelder.com

Honorable Joseph C. Spero
U.S.D.C., Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California  94102

Re: **Thill v. Edward D. Jones & Co., L.P.,**
**N.D. California, Case No. 05-CV-04893 JCS**

Dear Judge Spero:

This firm represents Defendant Edward D. Jones & Co., L.P. in the above-referenced matter.  A Final Approval Hearing relating to the parties' Settlement is scheduled in this case on Friday, June 27, 2008.  The hearing is scheduled to begin at 9:30 a.m.

I am writing pursuant to Local Rule 16-10 to request permission to appear by telephone at the Final Approval Hearing.  This request is made in order to avoid the additional time and expense of travel from St. Louis.

Should the Court grant this request, our co-counsel, Lisa Bertain, of Keesal, Young & Logan, still intends to appear in person, while I appear via telephone.  I will be available beginning at 9:30 a.m., Pacific Time, at the following number:  **(314) 516-2663**.

Thank you very much for your consideration.

Sincerely,

GREENSFELDER, HEMKER & GALE, P.C.

By _[signature]_

Timothy M. Huskey

TMH/tmf

cc: James F. Clapp, Esq.
Mark R. Thierman, Esq.
*Counsel for Plaintiffs (via electronic filing)*

1058152

Dated: June 20, 2008

IT IS SO ORDERED
_[signature]_
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**MERITAS**
LAW FIRMS WORLDWIDE